JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JULIA GERARD, an individual,                    )    CASE NO. CV 14-03935 MMM (SHx)
                                                )
                    Plaintiff,                  )
                                                )
            vs.                                 )    JUDGMENT FOR DEFENDANTS
                                                )
WELLS FARGO BANK, N.A., a                       )
national banking association; REGIONAL          )
TRUSTEE SERVICES CORPORATION,                   )
a corporation; and DOES 1-10, inclusive,        )
                                                )
                    Defendants.                 )
                                                )

        On May 19, 2015, the court entered an order granting Wells Fargo's motion to dismiss

Gerard's second amended complaint with prejudice.  Accordingly,


            IT IS ORDERED AND ADJUDGED

            1. That plaintiff take nothing by way of her second amended complaint; and

            2. That the action be, and hereby is, dismissed.


DATED: May 19, 2015

                                                _____
                                                MARGARET M. MORROW
                                                UNITED STATES DISTRICT JUDGE